E-FILED
Wednesday, 14 October, 2026 10:30:38 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| TAYLOR D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-04041-SLD-RLH |
| | ) | |
| FRANK BISIGNANO, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the Court is the parties' Joint Stipulation to Remand to the Commissioner, ECF No. 14, which the Court construes as a motion. The parties request that the Court enter judgment reversing Defendant Commissioner of Social Security's ("Commissioner") decision denying Plaintiff's application for benefits and remanding the case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court to "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . with or without remanding the cause for a rehearing." Joint Stip. Remand 1. The parties agree that, upon remand, "the Appeals Council will remand the matter to an administrative law judge with instructions to offer Plaintiff the opportunity for a hearing; proceed through the sequential disability evaluation process as appropriate; obtain supplemental vocational expert testimony if warranted; and issue a new decision." *Id.*

The Court finds the remand request appropriate, so the Joint Stipulation to Remand to the Commissioner, construed as a motion, is GRANTED. Accordingly, the Commissioner's decision in this matter is REVERSED and the cause is REMANDED to the Commissioner for

further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk is directed to enter judgment and close the case.

Entered this 14th day of September, 2026.

s/ Sara Darrow
SARA DARROW
UNITED STATES DISTRICT JUDGE